# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENTES WEST, #K-82893, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case No. 16-cv-00982-MJR ) |
| MONICA NIPPE, KIMBERLY BUTLER, and S. HILL, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Chief District Judge Michael J. Reagan, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants **KIMBERLY BUTLER, MONICA NIPPE** and **S. HILL**. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**:

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
     Deputy Clerk

APPROVED:  s/Michael J. Reagan
               Michael J. Reagan
               United States District Judge